**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

KENNETH R. OSBURN,                                                                       PLAINTIFF
ADC #079267

v.                                          4:13CV00701-JMM-JTK

JIM SNYDER, et al.                                                                       DEFENDANTS

## ORDER

Plaintiff's Motion for Issuance of Subpoenas (Doc. No. 4) should be re-docketed as a request for discovery from Defendants.[1]

IT IS SO ORDERED this 20th day of December, 2013.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE

---

[1] Plaintiff should re-send this request to the Defendants, once they are served and have filed an Answer to his complaint.